# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAROLD McKAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:15 CV 1337 SMY-RJD |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED** that pursuant to the threshold review Order dated January 25, 2016 (Doc. 4), the claims against Defendant Southwestern Illinois Correctional Center are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that by pursuant to the Order granting its motion to dismiss dated July 27, 2016 (Doc. 27), the claims against Defendant Illinois Department of Corrections are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that pursuant to the Order dated November 20, 2017 (Doc. 39), the claims against Defendants Odom, Wexford Healthcare and Jane Does are **DISMISSED with prejudice**. Plaintiff shall recover nothing, and this action is **DISMISSED in its entirety.** Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED: November 20, 2017**

**JUSTINE FLANAGAN, Acting Clerk**

**By: s/ Stacie Hurst**
**Deputy Clerk**

**APPROVED: s/ Staci M. Yandle**
             **STACI M. YANDLE**
             **United States District Judge**